

**COM.**

v.

**ZEIGLER, R.**

**2198 EDA 2016**

Superior Court of Pennsylvania.

07/28/2017

CP–51–CR–0015686–2009,    CP–51–CR–0015687–2009 (Philadelphia)

Affirmed

**SINCLAIR, P.**

v.

**FIRST GLOBAL EXPRESS**

**2860 EDA 2016**

Superior Court of Pennsylvania.

07/28/2017

160100231 (Philadelphia)

Affirmed

**COM.**

v.

**RICO, H.**

**1542 MDA 2016**

Superior Court of Pennsylvania.

07/28/2017

CP–54–CR–0000850–2015 (Schuylkill)

Affirmed

**COM.**

v.

**MOODY, T.**

**1640 MDA 2016**

Superior Court of Pennsylvania.

07/28/2017

CP–22–CR–0003913–2000

(Dauphin)

Affirmed

**COM.**

v.

**HERB, B.**

**18 MDA 2017**

Superior Court of Pennsylvania.

07/28/2017

CP–22–CR–0003986–2011 (Dauphin)

Affirmed

